United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JESSICA GARCIA SHAFER, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:22-cv-387 |
| | § | |
| PEARLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al.,* | § | |
| | § | |
| Defendants. | § | |

### **ORDER**

Before the court is the defendant Pearland Independent School District's motion to stay and/or abate. Dkt. 62. Having considered the briefing and arguments of counsel, the court grants the motion. This case is stayed for six months until July 30, 2024.

The court also orders that the parties apprise the court of updates to pending legal issues as follows:

- If the Fifth Circuit issues its decision in *Petteway v. Galveston Cnty.*, No. 3:22-cv-57, before July 30, 2024, the parties should advise the court on how the Fifth Circuit's decision affects the claims in this case and how the parties intend to move forward with the litigation.

1/2

- If the Fifth Circuit has not issued its decision in *Petteway* by July 30, 2024, the parties should advise the court if it should continue the stay—and, if so, for how long—or if the court should lift the stay and move forward with the case in the interest of resolving the case before the Pearland Independent School District Board of Trustees May 2025 election.

- At either point, the parties should also update the court on the status of the circuit split regarding whether Section 2 of the Voting Rights Act provides for a private right of action, including whether the Eighth Circuit has decided to rehear *Arkansas St. Conf. NAACP v. Arkansas Bd. of Apportionment*, 86 F.4th 1204 (8th Cir. 2023) or if the U.S. Supreme Court grants cert on the case's appeal.

All deadlines in this case are abated pending further order of the court.

Signed on Galveston Island this 30th day of January, 2024.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE