UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JESSICA GARCIA SHAFER and DONA KIM MURPHEY | § § § § § § | |
| Plaintiffs, | | Civil Action No. 3:22-cv-00387 |
| v. | § § | |
| PEARLAND INDEPENDENT SCHOOL DISTRICT | § § § | |
| Defendant. | § § | |

## PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Plaintiffs Jessica Garcia Shafer and Dona Kim Murphey ("Plaintiffs) submit this Supplemental Status Report as follows:

On December 8, 2023, Defendant moved to abate and/or stay this Voting Rights Act litigation pending (i) the Fifth Circuit's resolution of *Petteway v. Galveston Cnty., Tex.*, 86 F.4th 1146, 1147 (5th Cir. 2023) (granting en banc reconsideration of whether distinct minority groups may be aggregated for purposes of vote-dilution claims under Section 2); and/or (ii) the United States Supreme Court's resolution of the current circuit split regarding the existence of an implied private right of action under Section 2 of the Voting Rights Act. (Dkt. 62).

On January 30, 2024, the Court entered an Order (the "Order") staying the case for six months and directing the parties to submit a status report regarding the status of: (i) the *Petteway* decision; and (ii) the circuit split regarding whether Section 2 of the Voting Rights

**STATUS REPORT** **Page 1 of 3**

Act provides for a private right of action. (Dkt. 68).

On July 30, 2024, Plaintiffs submitted a status report Pursuant to the above-mentioned Court Order. (Dkt. 70).

NOW, Plaintiffs provide the following updated status report:

(i)     On August 1, 2024 The Fifth Circuit issued its decision in *Petteway* following *en banc* oral arguments held on May 14, 2024.  (See Exhibit A).

Dated: August 12, 2024

Respectfully submitted,

**BREWER STOREFRONT PLLC**

*/s/ Matthew H. Davis*
William A. Brewer III
Attorney-in-Charge
State Bar No. 02967035
Southern District of Texas Bar No. 92835
wab@brewerattorneys.com
Matthew H. Davis
Of Counsel
State Bar No. 24069580
Southern District of Texas Bar No. 1124612
mhd@brewerattorneys.com
Gizem Petrosino
Of Counsel
State Bar No. 24117346
Southern District of Texas Bar No. NY5122221
gap@brewerattorneys.com
Malvina Palloj (pro hac vice)
Associate
NY State Bar No. 5980198
mpalloj@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On August 12, 2024, I electronically submitted the foregoing document with the clerk of court for the United States District Court for the Southern District of Texas using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Stephanie A. Hamm
Lisa R. McBride
Thompson & Horton LLP
3200 Southwest Freeway
Suite 2000
Houston, Texas 77027

*/s/ Matthew H. Davis*
Matthew H. Davis