United States District Court
Southern District of Texas
**ENTERED**
August 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JESSICA GARCIA SHAFER, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:22-cv-387 |
| | § | |
| PEARLAND INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The court previously stayed all proceedings in the above-styled matter pending the Fifth Circuit's decision in *Petteway v. Galveston Cnty.*, No. 23-40582. Dkt. 68. Following a status conference, the court lifts the stay.

The court sets the dispositive motion deadline for September 27, 2024. The parties should file responses and replies consistent with the court's local rules. *See* Gal. Div. R. Prac. 5(g).

Signed on Galveston Island this 13th day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1